NEW YORK TELEPHONE COMPANY, APPELLANT, v. MAYOR, ETC., OF THE CITY OF NEWARK ET AL., RESPONDENTS.

Argued November 21, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 362.

For the appellant, *Edward A. & William T. Day.*

For the respondents, *Harry Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, JJ.  9.

*For reversal*—None.